**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patricia M. Halsey a/k/a Patricia Klee        CHAPTER 13
                    Debtor(s)

                                                BKY. NO. 22-12774 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Michael Farrington*
                                            Michael Farrington
                                            26 Oct 2022, 17:11:52, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322

Document ID: 524eade76d0c016d8e5196afb4b154f0a1b418dc527fe40351c02dfead8f9c40