# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Patricia M. Halsey a/k/a Patricia Klee**<br>　　　　　　　　　　　　**Debtor(s)** | **BK NO. 22-12774 AMC**<br><br>**Chapter 13** |
| **U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3**<br>　　　　　　　　　　　　**Movant**<br>　　　　　　　vs.<br><br>**Patricia M. Halsey a/k/a Patricia Klee**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**,<br>　　　　　　　　　　　　**Trustee** | **Related to Claim No. N/A** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 17, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Patricia M. Halsey a/k/a Patricia Klee
3 Bryan Avenue
Malvern, PA 19355

Attorney for Debtor(s)
GARY E. THOMPSON, ESQUIRE
150 E. Swedesford Road
Suite 102
Wayne, PA 19087

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: Electronic means or first-class mail.

Dated: November 17, 2022

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington, Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com