**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 22-12774-AMC

PATRICIA M. HALSEY

3 Bryan Avenue

Malvern, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICIA M. HALSEY

3 Bryan Avenue

Malvern, PA 19355

Counsel for debtor(s), by electronic notice only.

GARY E THOMPSON, ESQ.
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Date: 12/22/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee