## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Patricia Halsey** : CHAPTER 13
        **Debtor** :
         : BANKRUPTCY NO. 22-12774

### DEBTOR'S OBJECTION TO PROOF OF CLAIM #1

Patricia Halsey, the Debtor in the above matter, by her attorney, Gary E. Thompson, Esquire, hereby presents the following Objection to Proof of Claim #1 US Bank National , and in support thereof respectfully avers as follows:

1. US Bank National , filed a Proof of Claim with this Court on or about **December 27, 2022** in the total amount of $329,690.97, of which $287,961.73 is designated as a Arrears.  (A copy of the Proof of Claim can be found as Claim #1 of the Claims Register).

2. The Debtor objects to the creditor's claim on the following grounds:

   a. The Creditor fails to attach sufficient documentation to prove the validity of the debt;

   b. The Debtor has an Adjustable Rate Mortgage and after the lasted adjusted rate period the balance of the mortgage was significantly different from the Proof of Claim.  A true and correct copy of the Adjusted Rate notice is attached hereto as Exhibit A;

   .

WHEREFORE, the Debtor prays that the Court enter an Order SUSTAINING his Objection to the Proof of Claim #1 of  US Bank National .

Respectfully submitted,

/s/ Gary E. Thompson

_____
GARY E. THOMPSON, ESQ.
Attorney for Debtor
882 S. Matlack Street, Suite 101
West Chester, PA 19382

(610) 688-1111

Dated: January 31, 2023