## CERTIFICATE OF SERVICE

     GARY E. THOMPSON, ESQUIRE, attorney for the Debtor, hereby certifies that on the 31st day of January , 2023, he served a copy of the foregoing Objection to Proof of Claim, together with the Notice of Objection and Hearing Date, on the following parties at the addresses indicated below by first class mail, postage prepaid:

US Bank National
C/O KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

                                                            Respectfully submitted,

                                                            /s/

                                                        GARY E. THOMPSON, ESQUIRE
                                                        Attorney for Debtor