UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Patricia Halsey                    :    CHAPTER 13
                    Debtor        :
                        :    BANKRUPTCY NO. 22-12774

### ORDER SUSTAING DEBTOR'S OBJECTION TO PROOF OF CLAIM
### (US Bank National. -CLAIMS REGISTER ENTRY NO.1)

AND NOW, this           day of              ,2023 upon consideration of Debtor's Objection to the Proof of Claim of US Bank National , it is hereby ORDERED and DECREED that the Objection is SUSTAINED..

The claim of US Bank National is revised in the amount of $39,959.58, with no arrearages.

BY THE COURT:

_____
Madeline Coleman
U.S. Bankruptcy Judge