

**SPS SELECT Portfolio SERVICING, inc.**

October 20, 2022

Sign up for paperless delivery
at www.spservicing.com

Paperless

PATRICIA M HALSEY
3 BRYAN AVENUE
MALVERN, PA 19355-3007

**Account Number:**
**Property Address:** 3 BRYAN AVENUE
MALVERN, PA 19355

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 01/01/2023.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 6 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 12/01/1996 and may change every 6 month(s) for the life of the mortgage. The rate is scheduled to change again on 06/01/2023 with a corresponding payment change on 07/01/2023.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 10.10000% | 10.10000% |
| Principal | $783.84 | $797.10 |
| Interest | $349.58 | $336.33 |
| Escrow (Taxes & Insurance) | $568.24 | $568.24 |
| **Total Monthly Payment** | $1,701.66 | $1,701.67 Due 01/01/2023 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 4.68529% and the margin is 4.75000%. The index is the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE and is published DAILY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 16.10000% or less than 10.10000% over the life of the loan.




The rate can change each subsequent period by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE, the margin, rounding of 0.12500%, the account balance of $39,959.58, and the remaining amortized loan term of 42 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty:** None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**


