| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K5 / UJ7 27163061 | 01/200 | 4500715 | 1 of 1 |

Chester County Art Association
100 N Bradford Ave
West Chester, PA 19382-1911

# Earnings Statement

![ADP]

Period Starting:   07/24/2022
Period Ending:    08/06/2022
Pay Date:              08/12/2022

Taxable Marital Status:
Exemptions/Allowances:
  Federal:   0
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Patricia M Halsey
PO Box 594
Paoli, PA 19301

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| 1099 Compensation | 25.0000 | 35.00 | 875.00 | 4387.50 |
| Gross Pay | | | $875.00 | $0.00 |
| Net Pay | | | $875.00 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 35.00 | 166.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9730 | XXXXXXXXX | 875.00 |

---

Chester County Art Association
100 N Bradford Ave
West Chester, PA 19382-1911

Pay Date:     08/12/2022

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9730 | XXXXXXXXX | 875.00 |

THIS IS NOT A CHECK

Patricia M Halsey
PO Box 594
Paoli, PA 19301

| Company Code<br>K5 / UJ7 27163061 | Loc/Dept<br>01/200 | Number<br>4529674 | Page<br>1 of 1 |
|---|---|---|---|

Chester County Art Association
100 N Bradford Ave
West Chester, PA 19382-1911

## Earnings Statement 

Period Starting: 08/07/2022
Period Ending: 08/20/2022
Pay Date: 08/26/2022

Taxable Marital Status:
Exemptions/Allowances:
  Federal: 0
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Patricia M Halsey
PO Box 594
Paoli, PA 19301

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| 1099 Compensation | 25.0000 | 35.00 | 875.00 | 5262.50 |
| Gross Pay | | | $875.00 | $0.00 |
| Net Pay | | | $875.00 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 35.00 | 201.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9730 | XXXXXXXXX | 875.00 |

Chester County Art Association
100 N Bradford Ave
West Chester, PA 19382-1911

Pay Date:    08/26/2022

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9730 | XXXXXXXXX | 875.00 |

**THIS IS NOT A CHECK**

Patricia M Halsey
PO Box 594
Paoli, PA 19301

Company Code: K5 / UJ7 27163061
Loc/Dept: 01/200
Number: 4586827
Page: 1 of 1

Chester County Art Association
100 N Bradford Ave
West Chester, PA 19382-1911

**Earnings Statement**

ADP

Period Starting: 09/04/2022
Period Ending: 09/17/2022
Pay Date: 09/23/2022

Taxable Marital Status:
Exemptions/Allowances:
  Federal: 0
  State: 0
  Local: 0
Tax Override:
  Federal:
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Patricia M Halsey
PO Box 594
Paoli, PA 19301

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| 1099 Compensation | 25.0000 | 4.00 | 100.00 | 5362.50 |
| Gross Pay | | | $100.00 | $0.00 |
| Net Pay | | | $100.00 | |

| Other Benefits and Information | | this period | year to date |
|---|---|---|---|
| Total Hours Worked | | 4.00 | 205.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9730 | XXXXXXXXX | 100.00 |

---

Chester County Art Association
100 N Bradford Ave
West Chester, PA 19382-1911

Pay Date: 09/23/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9730 | XXXXXXXXX | 100.00 |

THIS IS NOT A CHECK

Patricia M Halsey
PO Box 594
Paoli, PA 19301