# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13
**Patricia M. Halsey**
*aka* **Patricia Klee**

Bankruptcy No. **22-12774**-AMC

Debtor.

## **O R D E R**

**AND NOW**, the Debtor having filed the above bankruptcy case on 10/18/2022,

**AND**, the Debtor having filed five (5) prior bankruptcy case before the present case:

Including Case Number 04-16949, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 05/19/2004 , Dismissed for Other Reason on 01/27/2005;

Including Case Number 05-36267, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 10/13/2005 , Dismissed for Other Reason on 04/05/2007

Including Case Number 13-18185, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 09/18/2013 , Dismissed for Other Reason on 08/19/2014;

Including Case Number 15-11683, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 03/12/2015 , Dismissed for Other Reason on 12/15/2015;

Including Case Number 19-11696, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 03/20/2019 , Dismissed for Other Reason on 02/18/2020;

**AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **TELEPHONIC HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED** on May 16, 2023 at 11:00 a.m. in United States Bankruptcy Court, Courtroom #4, 900 Market Street, Philadelphia, PA 19107. **Parties are to Dial: 877-873-8017 Access Code: 3027681# .**

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval.

Dated: April 4, 2023

Ashely M. Chan
United States Bankruptcy Judge