United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12774-amc |
| Patricia M. Halsey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia M. Halsey, 3 Bryan Avenue, Malvern, PA 19355-3007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

**Name            Email Address**

BRIAN CRAIG NICHOLAS
        on behalf of Creditor U.S. Bank  National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
        on behalf of Creditor U.S. Bank  National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 bkgroup@kmllawgroup.com

GARY E. THOMPSON
        on behalf of Debtor Patricia M. Halsey get24esq@aol.com

KENNETH E. WEST
        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor U.S. Bank National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 mfarrington@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
**Patricia M. Halsey**  
*aka* **Patricia Klee**

Chapter 13

Bankruptcy No. **22-12774**-AMC

Debtor.

# O R D E R

**AND NOW**, the Debtor having filed the above bankruptcy case on 10/18/2022,

**AND**, the Debtor having filed five (5) prior bankruptcy case before the present case:

Including Case Number 04-16949, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 05/19/2004 , Dismissed for Other Reason on 01/27/2005;

Including Case Number 05-36267, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 10/13/2005 , Dismissed for Other Reason on 04/05/2007

Including Case Number 13-18185, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 09/18/2013 , Dismissed for Other Reason on 08/19/2014;

Including Case Number 15-11683, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 03/12/2015 , Dismissed for Other Reason on 12/15/2015;

Including Case Number 19-11696, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 03/20/2019 , Dismissed for Other Reason on 02/18/2020;

**AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **TELEPHONIC HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED** on May 16, 2023 at 11:00 a.m. in United States Bankruptcy Court, Courtroom #4, 900 Market Street, Philadelphia, PA 19107. **Parties are to Dial: 877-873-8017 Access Code: 3027681# .**

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval.

Dated: April 4, 2023

Ashely M. Chan
United States Bankruptcy Judge