**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
PATRICIA M. HALSEY


                    Debtor          Bankruptcy No. 22-12774-AMC

## ORDER

AND NOW, this \_\_\_16th\_\_\_ day of \_\_\_May\_\_\_, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
GARY E THOMPSON, ESQ.
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
PATRICIA M. HALSEY

3 BRYAN AVENUE

MALVERN, PA 19355